# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANTINE GUS CRISTO,<br><br>                     Plaintiff,<br><br>   v.<br><br>THE CHARLES SCHWAB CORPORATION; SCHWAB HOLDINGS, INC; CHARLES SCHWAB & CO., INC.; CHARLES SCHWAB BANK; and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>                     Defendants. | CASE NO. 17cv1843-GPC(MDD)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>[Dkt. No. 10.] |

Before the Court is Plaintiff Constantine Gus Cristo's, proceeding pro per and in forma pauperis, motion for permission to use the Court's electronic case filing system. Section 2(b) of the Electronic Case Filing Administrative Policies and Procedures Manual permits a pro se litigant to file electronically only if authorized by the Court.

Pursuant to Section 2(b), Plaintiff "has demonstrate[d] the means to do so properly by stating [his] equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual. (Dkt. No. 10 at 1.) Good cause appearing, the Court GRANTS Plaintiff's motion for permission to use the Case Management/Electronic Case Filing (CM/ECF)

system. Plaintiff is ordered to attend CM/ECF classes with the Clerk's Office and is directed to contact the Clerk's office at 619-557-5600 to arrange training. In accordance with section 2(b) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, Plaintiff is instructed that he "must register as a user with the Clerk's Office as a subscriber to PACER within five (5) days."

IT IS SO ORDERED.

DATED: November 8, 2017

HON. GONZALO P. CURIEL
United States District Judge